■ In the Matter of SALLY NUNBERG, Deceased. JEROME SPEVACK, Appellant-Respondent; BARBARA NUNBERG et al., Respondents-Appellants. [647 NYS2d 976] —In a proceeding to determine the validity of a claim against a decedent's estate, the petitioner appeals, as limited by his brief, from so much of an order of the Surrogate's Court, Westchester County (Emanuelli, S.), dated November 27, 1995, as denied those branches of his motion which were for reargument of the portions of an order of the same court denying his motion for summary judgment regarding all theories of recovery except the one sounding in quantum meruit and granting the portion of the respondent's cross motion for summary judgment which was to dismiss the claim insofar as based on those theories, and cross appeal by Barbara Nunberg and Geoffrey Nunberg from so much of the same order as, upon granting reargument of that branch of the motion and cross motion which were for summary judgment on the theory of recovery sounding in quantum meruit, set that theory down for a trial.

■ In the Matter of SALLY NUNBERG, Deceased. JEROME SPEVACK, Appellant; BARBARA NUNBERG et al., Respondents. [647 NYS2d 965] —In a proceeding to determine the validity of a claim against a decedent's estate, the petitioner appeals from an order of the Surrogate's Court, Westchester County (Emanuelli, S.), dated August 16, 1995, which denied his motion for summary judgment and granted the respondents' cross motion for summary judgment dismissing the petition.

Ordered that so much of the appeal as seeks review of the portion of the order which granted summary judgment dismissing the petitioner's claim based on a theory of quantum meruit is dismissed, without costs or disbursements, as that portion of the order was superseded by an order of the same court dated November 27, 1995, made upon reargument, which denied summary judgement on that claim and directed a trial thereon (see, Matter of Nunberg, 231 AD2d 637 [decided herewith]); and it is further,

Ordered that so much of the order as granted summary judgment dismissing the petitioner's claim based on all theories except for quantum meruit is affirmed, without costs or disbursements, for reasons stated by Surrogate Emanuelli in his decision dated July 25, 1995. Miller, J. P., Altman, Hart and McGinity, JJ., concur.